AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:25cr172-CEH-TGW |
| Jazzmen La Vone Gaskins a/k/a Devin Thompson | ) ) ) ) ) | 3:25-441 (M) |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jazzmen La Vone Gaskins a/k/a Devin Thompson,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking, in violation of 18 U.S.C.§ 1591(a)(1) and (2), and (b)(1).

Transportation of Individual to Engage in Prostitution, in violation of 18, U.S.C. § 2421.

Date: 4/10/25

*Melanie Bowman*
Issuing officer's signature
**MELANIE BOWMAN**

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | |
| | *Arresting officer's signature* |
| | *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jazzmen La Vone Gaskins
Known aliases: a/k/a Devin Thompson
Last known residence: 2622 W. Johnson Street, Denison, TX 75020
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 03/13/1987
Social Security number: 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
Height:                                         Weight:
Sex: Male                                       Race:
Hair:                                           Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: HSI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: